# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERLE FERGUSON, an individual and SUSAN DONOHUE, an individual, <br><br> Plaintiffs, <br> vs. <br> PRIME MULTIMEDIA, INC., a Utah corporation, BRADLEY MOONEY, an individual, RAY ROMEO ANTONIO, an individual, ROWLAND CHOPIN, an individual, and DOES 1-20 inclusive, <br><br> Defendants. | CASE NO. 07cv1369 WQH (Wmc) <br><br> **ORDER** |

HAYES, Judge:

    The Joint Motion to Dismiss with Prejudice (Doc. # 20) is **GRANTED**. The above-captioned action is **DISMISSED with prejudice.**

DATED: January 4, 2008

                                   */s/ William Q. Hayes*
                                   **WILLIAM Q. HAYES**
                                   United States District Judge